AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:13mj-505 | Date and time warrant executed: 11/26/2013, 7:00 AM | Copy of warrant and inventory left with: Postmaster |
| Inventory made in the presence of : | | |

*Inventory of the property taken and name of any person(s) seized:*

Parcel contained approximately 4 pounds 13.8 ounces of a green leafy substance that field tested positive for Marijuana.

FILED
13 NOV 26 PM 3:03
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/26/2013

*Executing officer's signature*

S. McDonough, Postal Inspector
*Printed name and title*